NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAPIDPULSE, INC.,**
*Appellant*

**v.**

**PENUMBRA, INC.,**
*Appellee*

---

2024-1130, 2024-1131

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01466, IPR2022-00608.

---

## JUDGMENT

---

GABRIEL K. BELL, Latham & Watkins LLP, Washington, DC, argued for appellant. Also represented by ASHLEY M. FRY, QIUSHI (WILLIAM) YAO; CHARLES SANDERS, Boston, MA.

ELIOT DAMON WILLIAMS, Baker Botts LLP, Washington, DC, argued for appellee. Also represented by MARK ODA, JEREMY TAYLOR, San Francisco, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 14, 2025
Date

Jarrett B. Perlow
Clerk of Court